THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RYAN J. RIVARD,<br><br>        Defendant. | No. CR08-5121RBL<br>     CR09-5068RBL<br><br>MOTION AND PROPOSED ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM AND ATTACHMENTS |

COMES NOW the defendant, Ryan J. Rivard, by and through his attorney, Zenon P. Olbertz, and hereby moves this Court for an Order sealing his Sentencing Memorandum and the attachments thereto.

RESPECTFULLY SUBMITTED this 16th day of July, 2010.

                              LAW OFFICE OF
                              ZENON PETER OLBERTZ
                              Attorney for Defendant

                              */s/ Zenon P. Olbertz*
By:_____
                              Zenon P. Olbertz
                              WSB #6080

PROPOSED ORDER

Before this Court is the defendant's motion for order sealing his Sentencing Memorandum and attachments; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Defendant's Sentencing Memorandum, along with the attachments to the Sentencing Memorandum, are hereby filed under seal.

DATED this 19th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

     */s/ Zenon P. Olbertz*
By: _____
     Zenon P. Olbertz
     WSB #6080

CERTIFICATE OF SERVICE

I hereby certify that on July 16th, 2010, I electronically filed the foregoing Motion and Order to Seal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Roger S. Rogoff
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271

I hereby certify that on July 16th, 2010, I mailed Motion and Order to Seal to the following:

    Ryan J. Rivard
    BOP #38194-086
    FDC at SeaTac
    P.O. Box 13900
    Seattle, WA 98198

DATED this 16th day of July, 2010.

*/s/ Sarah M. Heckman*

_____
Sarah M. Heckman